NOT DESIGNATED FOR PUBLICATION

IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 112,939

STATE OF KANSAS,
*Appellee*,

v.

DEBORAH LYNN WHITE,
*Appellant.*

MEMORANDUM OPINION

Review of the judgment of the Court of Appeals in an unpublished opinion filed March 25, 2016. Appeal from Shawnee District Court; DAVID DEBENHAM, judge. Opinion filed December 22, 2017. Petition for review improvidently granted.

*Meryl Carver-Allmond*, of Capital Appellate Defender Office, was on the brief for appellant.

*Jodi Litfin*, assistant district attorney, *Chadwick J. Taylor,* district attorney, and *Derek Schmidt*, attorney general, were on the brief for appellee.

PER CURIAM: We determine that the petition for review in this case was improvidently granted. This decision is identical in effect to a denial of the petition for review in the first instance, and a "'denial of a petition for review imports no opinion on the merits of the case.'" *State v. Eisenhour*, 305 Kan. 409, 411, 384 P.3d 426 (2016) (quoting Supreme Court Rule 8.03[g] [2017 Kan. S. Ct. R. 56]).

Petition for review improvidently granted.